# UNITED STATES BANKRUPTCY COURT
### Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Kirsten R. Byford<br>xxx–xx–8422<br>55 Oxford Road<br>New Hartford, NY 13413 | ) Case Number: 05–61305–6–sdg<br>)<br>) Chapter: 7 |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

the case of the above named debtor(s) is hereby closed.

Utica , NY
DATED: 6/16/05

*BY THE COURT*

STEPHEN D. GERLING
Chief U.S. Bankruptcy Judge